IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-HC-2060-D

| | |
|---|---|
| TYRONE M. CHEVALLIER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STATE OF NORTH CAROLINA, ) | |
| ) | |
| Respondent. ) | |

On April 22, 2020, Tyrone M. Chevallier ("Chevallier" or "petitioner"), a state inmate proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [D.E. 1]. Chevallier moves to be relieved of the obligation to serve respondent with paper copies of his filings [D.E. 3], and seeks leave to proceed in forma pauperis [D.E. 2].[1] The court now conducts its initial review pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and permits the action to proceed.

As for Chevallier's motion to be relieved of the obligation to serve respondent, the clerk will electronically serve a copy of all of Chevallier's filings on counsel for respondent on Chevallier's behalf. See Standing Order 18-SO-5. Thus, the court grants Chevallier's motion.

In sum, the court GRANTS petitioner's application to proceed in forma pauperis [D.E. 2], GRANTS petitioner's motion to be relieved of the obligation to serve respondent [D.E. 3], and permits the action to proceed. The clerk shall maintain management of the action in accordance with

---

[1] Chevallier has demonstrated the requisite evidence of his inability to pay the filing fee. See [D.E. 6]. The court grants Chevallier's motion to proceed in forma pauperis [D.E. 2].

the district plan and serve respondent with the petition.

SO ORDERED. This 4 day of December 2020.

JAMES C. DEVER III
United States District Judge